**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**CEDRIC L. NEWSOM, ET AL.**                                                         **PLAINTIFFS**

**v.**                                                               **No. 2:11CV00172-DCB-JMV**

**CAROLINA LOGISTICS SERVICES, INC.**
*A North Carolina Corporation*                                                 **DEFENDANTS**

## REPORT AND RECOMMENDATION

This matter is before the court *sua sponte* for dismissal of all claims asserted by Plaintiff Jaja Mani.

On February 24, 2012, the court granted the motion of Attorneys Alan G. Crone and William Benjamin Ryan for leave to withdraw as counsel for Plaintiff Jaja Mani. That Order [Doc. 43] granted Mr. Mani 14 days to notify the court either that he has retained new counsel or that he intends to proceed with this action *pro se*. Mr. Mani was warned that his failure to comply with that Order could lead to dismissal of his claims for failure to prosecute. When Mr. Mani failed to comply with that Order, on April 4, 2012, the court entered a Show Cause Order [Doc. 48] that allowed Mr. Mani seven days to file a concise response showing why his claims should not be dismissed with prejudice for failure to prosecute and for failure to obey an order of the court. It has now been more than two months, and Mr. Mani has yet to respond to the Show Cause Order. Nor is there any record that Mr. Mani has requested an extension of time. Accordingly, there is a clear record of delay, and it is, therefore, recommended that all of Plaintiff Jaja Mani's claims be dismissed with prejudice for failure to prosecute and for failure to obey an order of the court.

The parties are referred to L. U. Civ. R. 72(a)(3) for the applicable procedure in the event any party desires to file objections to the findings and recommendations herein contained. The parties are warned that any such objections are required to be in writing and must be filed within fourteen days of this date. Failure to timely file written objections to the proposed findings, conclusions and recommendations contained in this report will bar an aggrieved party, except upon grounds of plain error, from attacking on appeal unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

Respectfully submitted this 19th day of June, 2012.

/s/Jane M. Virden
UNITED STATES MAGISTRATE JUDGE